

MORRISTOWN, NJ • NEW YORK, NY • OCEAN CITY, NJ • PHILADELPHIA, PA
SAN JUAN, PR • TRENTON, NJ • WESTBOROUGH, MA • WILMINGTON, DE

JOSHUA H. ABRAMSON
MEMBER, NJ AND NY BARS
DIRECT DIAL NO.: 646-348-6720
E-MAIL ADDRESS: JHABRAMSON@PBNLAW.COM

June 25, 2025

**VIA ECF**

Honorable Paul E. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square, Room 2201
new York, New York 10007

      Re:   *Torres et al. v. Saia Motor Freight, et al.*
              1:24-cv-01301- PAE

Dear Judge Engelmayer:

      My firm represents defendants Saia Motor Freight Line LLC and Kevin Robertson in the above case. The Court recently scheduled our next telephonic status conference for October 2, 2025. I will be out of the country that day in a very different time zone. I am respectfully requesting that this conference be changed for another date. I have spoken with counsel for plaintiffs and we are generally available October 8 (afternoon), 13, 16, and 17. If the court prefers an earlier date, we are generally available on Sept. 25.

      Thank you for your consideration. Please let us know if there is any other information we can provide.

Respectfully submitted,

s/Joshua H. Abramson

Joshua H. Abramson

JHA/sg

cc:    All counsel via ECF

ATTORNEYS AT LAW

1675 BROADWAY, SUITE 1810 • NEW YORK, NY 10019-5820
TELEPHONE (212) 265-6888 • FAX (212) 957-3983 • WWW.PBNLAW.COM

8172862

GRANTED. The Court adjourns the telephonic conference scheduled for October 2, 2025 to October 8, 2025 at 3:00 p.m.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 25, 2025
       New York, New York