UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA TORRES *et al.*,

                Plaintiffs,

-v-

SAIA MOTOR FREIGHT LINE LLC *et al.*,

                Defendants.

24 Civ. 1301 (PAE) (JW)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons discussed during today's conference:

- The parties have confirmed that no summary judgment motions will be filed.

- Expert discovery is stayed, pending the result of the parties' mediation on November 11, 2025.

- By November 18, 2025, the parties will file a joint status letter, advising the Court as to whether the mediation was successful. If the mediation did not result in settlement in principle, the letter will propose a schedule for the remainder of expert discovery, not to exceed 60 days from November 18, 2025.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 8, 2025
       New York, New York