# GALLO VITUCCI KLAR LLP

Sherri A. Jayson
Partner
Manhattan Midtown
sjayson@gvlaw.com
212-683-7100

February 3, 2026

**By ECF Only**
Hon. Paul A. Engelmayer
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Torres v. Saia Motor Freight Line LLC et al.
              Case No.: 1:24-cv-01301

Dear Judge Engelmayer:

As you know, our firm was recently substituted as counsel for Defendants SAIA Motor Freight Line and Robertson. Predecessor counsel provided our firm with the file, which was uploaded to our system late last week. I had hoped to complete my review of the file over the weekend and yesterday so that I could discuss expert discovery with Plaintiffs' counsel and so that the parties could submit a reasoned request for an extension of time to complete expert discovery. Unfortunately, my mother had an accident over the weekend and has been in the hospital since Sunday and I have not been able to complete my review of the file. I expect my mother to be in the hospital for the remainder of the week. I would kindly request that the Court extend the parties' time to submit a status report and any request for extension of time to complete expert discovery until February 10. Mr. Bernstein and Befikadu consent to this request.

I apologize to the Court for any delay this causes.

Very truly yours,

Sherri A. Jayson

Attachment (Consent to Change Attorney)

cc:    Jason Bernstein, Esq.
       Simon Befikadu, Esq.

GRANTED.

The Court wishes counsel's mother a quick and healthy recovery.

SO ORDERED.

Date:  February 4, 2026
        New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge